IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2931 |
| | § | |
| APACHE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Several motions are pending in this case, including W&T Offshore, Inc.'s motions to exclude the testimony of Mr. John M. Hulton, Mr. Terry Payne, and Mr. Jerry Upton, the proposed defense experts. (Docket Entries No. 69, 73, 74). Also pending are W&T Offshore's motions for partial summary judgment, (Docket Entry No. 68), and for sanctions, (Docket Entry No. 71), against Apache Corp. Apache's motion for summary judgment, (Docket Entry No. 70), and motion to exclude W&T Offshore's expert, (Docket Entry No. 72), are also pending. W&T Offshore moved for a hearing on its motions to exclude Apache's proposed expert testimony. (Docket Entry No. 74). The motion for a hearing is granted. The parties must be prepared to discuss all pending motions at the hearing. The hearing is set for **August 2, 2013** at 2:00 p.m. in Courtroom 11-B.

SIGNED on July 1, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge