IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2931 |
| | § | |
| APACHE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The docket call set for August 30, 2013 at 2:00 p.m. is reset for **December 6, 2013 at 2:00 p.m**.

SIGNED on July 31, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge