IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2931 |
| | § | |
| APACHE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

This court resets the joint pretrial order deadline to January 31, 2014, and the docket call setting to **February 7, 2014, at 2:00 p.m.**, pending the ruling on the motions for summary judgment.

SIGNED on December 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge