IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-2931 |
| APACHE CORPORATION, | § § § | |
| Defendant. | § | |

### ORDER

In light of the court's upcoming criminal docket, the court would like to begin trial in the present case on Monday, August 25, 2014. At the parties' earliest convenience, please notify the court's case manager in writing of any intractable conflicts with trial that week and provide an indication of how long the trial is expected to take. The details will be addressed at docket call on August 22, 2014.

The court appreciates your prompt response.

SIGNED on August 1, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge