IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2931 |
| | § | |
| APACHE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

A telephone conference is set for Friday, **August 8, 2014 at 1:00 p.m.** to review the status of the case and set a schedule for trial. Please contact the court's case manager, Lisa Eddins, to arrange to participate by telephone.

SIGNED on August 4, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge