IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2931 |
| | § | |
| APACHE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

In light of changes in the court's October criminal docket, the court would like to begin jury selection and trial in the present case on Monday, October, 20, 2014. The parties would exchange exhibit and witness lists and all exhibits by September 29, 2014. The parties' objections to the exhibits and witnesses and the joint pretrial order would be due Monday, October 6, 2014. Docket call would be set for Monday, **October 13, 2014, at 10:00 a.m.** (Columbus Day). At the parties' earliest convenience, please notify the court's case manager in writing of any intractable conflicts with trial that week.

The court appreciates your prompt response.

SIGNED on August 15, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge