# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2931 |
| | § | |
| APACHE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

To facilitate the deliberations of the jury, the Clerk is ordered to provide a lunch meal for the jury on December 15, 2014. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED on December 15, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge