IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2931 |
| | § | |
| APACHE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Under Federal Rule of Civil Procedure 58 and the jury's verdict of December 15, 2014, (Docket Entry No. 213), final judgment is entered for defendant Apache Corporation, ordering that W&T Offshore, Inc. take nothing from Apache Corporation. The court further orders that W&T pay all taxable costs of court owing under the applicable law. Apache must submit its bill of costs within 14 days after the judgment is entered, under Local Rule 54.2.

SIGNED on February 20, 2015, at Houston, Texas.

                                                          Lee H. Rosenthal
                                                          United States District Judge