IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-20158

D.C. Docket No. 4:11-CV-2931

United States Court of Appeals
Fifth Circuit

**FILED**
April 4, 2016

Lyle W. Cayce
Clerk

W & T OFFSHORE, INCORPORATED,

    Plaintiff - Appellant Cross-Appellee

v.

APACHE CORPORATION,

    Defendant - Appellee Cross-Appellant

United States District Court
Southern District of Texas
FILED

APR 26 2016

David J. Bradley, Clerk of Court

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before JONES and SMITH, Circuit Judges and BOYLE*, District Judge.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant cross-appellee pay to defendant-appellee cross-appellant the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Apr 26, 2016

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

---

* District Judge of the Northern District of Texas, sitting by designation.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 26, 2016

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 15-20158    W & T Offshore, Incorporated v. Apache Corporation  
                           USDC No. 4:11-CV-2931

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          James deMontluzin, Deputy Clerk  
                          504-310-7679

cc:  
    Mr. Christopher Dove  
    Mr. Geoffrey L. Harrison  
    Mr. William Randolph Merrill  
    Ms. Abigail Claire Noebels